LIMELIGHT NETWORKS, INC.,
Plaintiff Below, Appellant,

v.

AKAMAI TECHNOLOGIES, INC.,
Defendant Below, Appellee.

No. 138, 2017

Supreme Court of Delaware.

Submitted: October 11, 2017
Decided: October 12, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 2017–0035–SG

AFFIRMED.